1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  IMRAN AHMED MIR

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) No.  2:12-CR-141 JAM
                                   )
12 |         Plaintiff,            ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE AND EXCLUDING
13 |    v.                         ) TIME
                                   )
14 | IMRAN AHMED MIR,              )
                                   ) Date: May 8, 2012
15 |         Defendant.            ) Time: 9:00 a.m.
                                   ) Judge: John A. Mendez
16 | _____     )

17

18     IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant
19 United States Attorney, counsel for the plaintiff, and Douglas Beevers,
20 Assistant Federal Defender, attorney for defendant IMRAN MIR, that the
21 status conference set for April 17, 2012 be vacated, and the matter be
22 set for status conference on May 8, 2012 at 9:30 a.m.
23     The parties have begun to explore possible resolutions of the case.
24 Defense counsel seeks additional time to consider settlement options and
25 continue discussions with counsel for the government.
26     To afford time to complete these tasks, the parties stipulate and
27 agree that the time period between the signing of this order through and
28 including May 8, 2012 should be excluded from the calculation of time

under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 17, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TERRY SNIDER

Dated: April 17, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Douglas Beevers* for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this

1 | matter must be commenced beginning from the signing of this order through
2 | and including May 8, 2012 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)
3 | [reasonable time for defense counsel to prepare] and Local Code T4.
4 |     A new status conference date is hereby set for May 8, 2012 at
5 | 9:30 a.m.
6 | Dated: April 17, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge