```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IMRAN MIR,<br><br>    Defendant. | Case No. 2:12-cr-0141 JAM<br><br>STIPULATION AND ORDER RESETTING TRIAL DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Imran MIR, by and through his counsel, Douglas Beevers, Esq., stipulate and agree that the currently-set trial date of October 22, 2012, should be continued to October 24, 2012, at 9:00 a.m.

The parties further stipulate that the time period from October 22, 2012, up to and including the new trial date of October 24, 2012, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18

U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defendant agrees that he needs additional time to prepare for trial, including the research and filing of pretrial motions, and further investigate potential defense witnesses and evidence to be presented at the trial of this defendant. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 21, 2012  By: /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED: August 23, 2012  By: /s/Jason Hitt
Authorized to sign for
Mr. Beevers on 08-21-12
DOUGLAS BEEVERS, Esq.
Attorney for Imran MIR

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the representations and stipulation of counsel, **IT** |
| 3 | **IS HEREBY ORDERED** that: |
| 4 | 1. The trial date of October 22, 2012, is vacated and reset |
| 5 | to October 24, 2012, at 9:00 a.m.; |
| 6 | 2. Based upon the representations and stipulation of the |
| 7 | parties, the court finds that the time exclusion under 18 U.S.C. |
| 8 | § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the |
| 9 | best interest of the public and the defendant in a speedy trial. |
| 10 | Accordingly, time under the Speedy Trial Act shall be excluded from |
| 11 | October 22, 2012, up to and including October 24, 2012. |
| 13 | **IT IS SO ORDERED.** |
| 15 | DATED: 8/22/2012        /s/ John A. Mendez |
| 16 |                         JOHN A. MENDEZ |
|    |                         United States District Court Judge |